# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:92CR3008LAC

ALEXANDER RAFAEL PEREZ

Referred to Judge Lacey Collier on May 31, 2005

Motion/Pleadings: __PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO THE CONSTITUTION, VIA THE NORTHWEST ORDINANCE AND IMMEDIATE RELEASE__

Filed by DEFENDANT, PRO SE   on 5/16/05   Doc.# 726

RESPONSES:

                                                  on _____  Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Mary Maloy-Wells*

LC (1 OR 2)                              Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of June, 2005, that:*

*(a) The relief requested is DENIED.*

*(b) The petition, although not styled as such, is clearly an attempt to file a second or successive motion pursuant to 28 U.S.C. § 2255 without having received leave from the appropriate appellate court to do so, and to circumvent statutory time limitations.*

Entered On Docket: _____  By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

*s/L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Document No.