**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                          Case No: 3:92cr3008/LAC

ALEXANDER RAFAEL PEREZ

---

### **ORDER**

The defendant has filed a notice of appeal of the order denying his petition for writ of habeas corpus pursuant to the Constitution, via the Northwest Ordinance and Immediate release. (Doc. 731). Because the appeal was docketed by the Eleventh Circuit as a § 2255 appeal, the notice of appeal is construed as a request for a certificate of appealability. (Doc. 741). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying habeas relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant's motion for leave to proceed *in forma pauperis* was already denied on August 1, 2005 and he was directed to pay the $255.00 filing fee within thirty days. (Doc. 734).

DONE AND ORDERED this 27th day of September, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**