# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                      CASE NO. 3:92cr3008LAC

ALEXANDER RAFAEL PEREZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 20, 2006
Motion/Pleadings:   BILL SEEKING DECREE PRO CONFESSO FOR RELIEF FROM JUDGMENT
Filed by DEFENDANT PRO SE   on 9/5/2006   Doc.# 766
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of September, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/ *L.A. Collier*

***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.