**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:92CR3008LAC

ALEXANDER RAFAEL PEREZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 4, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. 3582(C)(2)

Filed by  DEFENDANT PRO SE     on 12/21/2007    Doc.# 780

RESPONSES:
BY GOVERNMENT                     on 1/4/08       Doc.# 782
                                  on              Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*
*(b) Without prejudice.*

                                                                           s/*L.A. Collier*
                                                              ***LACEY A. COLLIER***
                                   *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.